IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. CR499-220 |
| | ) |
| LEVEL TYRONE PRIDE | ) |

## O R D E R

Before the Court is a motion for release of bond posted on behalf of defendant Level Tyrone Pride. For good cause shown, said request is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond of defendant Level Tyrone Pride and exonerate the obliger and surety thereon.

The Clerk of the United States District Court for the Southern District of Georgia is hereby directed to mark the Deed to Secure Debt in this case cancelled and satisfied of record and then return the Deed to, Terrell Pride, 6 Hollyspring Circle, Port Wentworth, Georgia 31407.

**SO ORDERED**, this  13th  day of June, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 98 (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

FILED
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

APPEARANCE BOND

LEVEL TYRONE PRIDE

Case Number: CR499-220

Surety: We, the undersigned, jointly and severally acknowledge that we and our ... personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 5,000.00 , and there has been deposited in the Registry of the Court the sum of $ 5,000.00 in cash or PROPERTY (describe other security.)

The conditions of this bond are that the above captioned defendant

**United States Magistrate**

№ 504390

Case No. CR 499-220-01   Level Tyrone Pride   Mar. 21   20 08

Received on behalf of the United States from Terrell T. Pride,
deed to secure debt                                    DOLLARS

☐ FINE-MISDEMEANOR
☐ CASH BAIL
☐ COLLATERAL
☐ OTHER (SPECIFY_____)

United States Magistrate

BY  S. Landers

$_____

execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on MARCH 21, 2008 at SAVANNAH, GA

Defendant  Level Pride    Address  120 N Rogers St Pooler GA 31419
Surety  Terrell Pride     Address  6 Hollyspring Cir Port Wentworth GA 31407
Surety  _____   Address  _____

Signed and acknowledged before me  MARCH 21, 2008
                                    Date
                                                Sherri Landers
                                                Clerk

Approved _____

RECEIVED
DATE 4/18/08
DEPUTY CLERK
SOUTHERN DISTRICT
SAVANNAH

Petition for Bond Release

To Whom this may concern:   4-18-08

My name is Terrell Tyrone Pride I am writeing in concern to a property that I put up for a bond on Level T. Pride. Property # 6 Hollyspring Cir. Portwentworth GA. I would like to have the lean lifted off the house. He has been in lockup for 3 to 4 weeks now His Case # Cr499-220
    Thank You For Your time
    Terrell Pride

Phone # 912-844-1793
Business # 912-856-6515



CR499-220-1
USA vs Levell T. Pride

# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | JUDGMENT IN A CRIMINAL CASE<br>(For Revocation of Probation or Supervised Release) |
| Level Tyrone Pride | Case Number: CR499-00220-001 |
| | USM Number: 10244-021 |
| | Matthew M. McCoy<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of special, mandatory, and standard conditions of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to participate in a program of testing for drug and alcohol abuse as directed by the probation officer (special condition). | February 8, 2008 |

See page 2 for additional violations.

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: XXX-XX-6537

Defendant's Date of Birth: July 27, 1976

March 31, 2008
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
229 Longleaf Circle
Pooler, Georgia 31322

William T. Moore, Jr.
Chief Judge, U.S. District Court
Name and Title of Judge

Defendant's Mailing Address:
Same

APRIL 1, 2008
Date

DEFENDANT: Level Tyrone Pride
CASE NUMBER: CR499-00220-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 29, 2008 |
| 3 | The defendant failed to follow the instructions of the probation officer (standard condition). | February 27, 2008 |

DEFENDANT: Level Tyrone Pride
CASE NUMBER: CR499-00220-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>9 months</u>.

[X] The Court makes the following recommendations to the Bureau of Prisons:

The defendant be incarcerated at the Bureau of Prisons facility located in Estill, South Carolina, or Jesup, Georgia.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

 

_____
United States Marshal

By _____
Deputy United States Marshal